UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WOODS,<br><br>        Petitioner,<br><br>    v.<br><br>ELVIN VALENZUELA, WARDEN,<br><br>        Respondent. | CASE NO. CV 12-9760-PSG (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED:    June 5, 2013   .

                                      PHILIP S. GUTIERREZ
                                      UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd